JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY HERAS, ) | Case No. CV 16-6388 FMO (PLAx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| NELNET, INC. et al., ) | |
| ) | |
| Defendants. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 28th day of April, 2017.

/s/
Fernando M. Olguin
United States District Judge